IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **BRUCE DANIELSON** | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | 3:08cv-02099-B |
| **FIRSTSOURCE ADVANTAGE LLC** | § | JURY TRIAL DEMANDED |

## MOTION TO DISMISS WITH PREJUDICE

Bruce Danielson, Plaintiff, presents this Motion to Dismiss all claims made herein against FirstSource Advantage LLC and would respectfully show the Court the following:

**I**

The parties have resolved all matters in dispute between them. Therefore, Plaintiff no longer wishes to continue to pursue claims raised or which could have been raised in this lawsuit.

This motion is not opposed by the Defendant.

WHEREFORE, Plaintiff requests that this Court dismiss all claims asserted in this lawsuit against FirstSource Advantage LLC, with prejudice.

    /s/ Sharon K. Campbell
Sharon K. Campbell
SBN# 03717600
3100 Monticello Ave., Suite 500
Dallas, Texas 75205
Telephone: 214/351-3260
Fax: 214/265-7626
Sharon@SharonKCampbell.com
ATTORNEY FOR THE
PLAINTIFF

CERTIFICATE OF SERVICE

    In keeping with Federal Rules of Civil Procedure, I hereby certify that a true and correct copy of the foregoing instrument has been served upon all parties of record via

_____ CERTIFIED MAIL/RETURN RECEIPT REQUESTED

_____ TELEPHONIC DOCUMENT TRANSFER (FAX)

_____ FEDERAL EXPRESS

_____ COURIER/RECEIPTED DELIVERY

_____ REGISTERED MAIL/RETURN RECEIPT REQUESTED

_____ HAND-DELIVERY (IN PERSON)

_____ REGULAR MAIL

 X   ELECTRONIC MAIL

DATED:  March 22, 2010

/s/ Sharon K. Campbell