UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BRUCE DANIELSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:08-CV-2099-B |
| | § | |
| FIRSTSOURCE ADVANTAGE, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is Plaintiff's Motion to Dismiss with prejudice (doc. 22). Having considered the Motion, the Court finds it should be and hereby is **GRANTED** (doc. 22). Accordingly, the Court hereby **ORDERS** all claims in this action be **DISMISSED with prejudice**.

SO ORDERED.

DATED March 24, 2010

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

- 1 -